| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Majzoub, Mona K. | 2. Court or Organization MI; Eastern District | 3. Date of Report 08/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge; full-time | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 231 W. Lafayette Blvd, Rm 704 Detroit, MI 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Positions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 212 - Trust #6 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 3. | Trustee | Line 213 - Trust #3 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 302 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 303 |
| 5. | Trustee | Line 451- Trust #1-2 (Brokerage 1) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 452 - Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 453 |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Kitch, Drutchas - Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) (H) | | | | | | | | | |
| 2. -A O Smith | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 3. -Abbott Laboratories | A | Int./Div. | K | T | | | | | |
| 4. -Advansix Inc. | A | Int./Div. | | | Spinoff (from line 26) | 10/03/16 | J | | |
| 5. | | | | | Sold (part) | 10/03/16 | J | A | |
| 6. | | | | | Sold | 12/22/16 | J | A | |
| 7. -Apple Inc | A | Int./Div. | K | T | | | | | |
| 8. -AT&T Inc | B | Int./Div. | K | T | | | | | |
| 9. -Blackrock Inc | A | Int./Div. | K | T | | | | | |
| 10. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | A | Int./Div. | | | Sold | 07/07/16 | L | | |
| 11. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | C | Int./Div. | L | T | Buy (add'l) | 07/21/16 | J | | |
| 12. -Claymore Guggenheim Bulletshares 2018 High Yld Corp Bd ETF | C | Int./Div. | L | T | Buy (add'l) | 07/21/16 | J | | |
| 13. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bd ETF | C | Int./Div. | L | T | Buy | 07/20/16 | L | | |
| 14. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bd ETF | | | | | Buy (add'l) | 07/21/16 | J | | |
| 15. -Comerica Inc | A | Int./Div. | K | T | | | | | |
| 16. -Costco Whsl Corp New Com | A | Int./Div. | K | T | | | | | |
| 17. -Dover Corp Common | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Energy Select Sector Spdr ETF | A | Int./Div. | K | T | | | | | |
| 19. -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 20. -Franklin Resources Inc | A | Int./Div. | | | Sold | 08/04/16 | K | D | |
| 21. -General Electric Company | A | Int./Div. | K | T | | | | | |
| 22. -Genuine Parts Co Com | A | Int./Div. | K | T | | | | | |
| 23. -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | C | Int./Div. | L | T | Buy (add'l) | 07/21/16 | J | | |
| 24. -Guggenheim Bulletshares 2020 High Yield ETF | C | Int./Div. | L | T | Buy | 07/07/16 | L | | |
| 25. -Guggenheim Bulletshares 2020 High Yield ETF | | | | | Buy (add'l) | 07/21/16 | J | | |
| 26. -Honeywell International Inc | A | Int./Div. | K | T | | | | | |
| 27. -Intel Corp | A | Int./Div. | K | T | | | | | |
| 28. -IShares MSCI EAFE Growth ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | K | | |
| 29. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 30. -IShares Russell Midcap Growth ETF | A | Int./Div. | K | T | | | | | |
| 31. -IShares Core MSCI Total Intl Stk ETF | C | Int./Div. | M | T | Buy (add'l) | 12/02/16 | K | | |
| 32. -IShares Ibonds Sep 2016 Muni Bond ETF | A | Int./Div. | | | Sold | 07/08/16 | M | | |
| 33. -IShares Ibonds Dec 2021 Term Muni Bond ETF | C | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 34. -IShares Ibonds Dec 2022 Term Muni Bond ETF | C | Int./Div. | M | T | Buy | 07/08/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares Ibonds Dec 2022 Term Muni Bond ETF | | | | | Buy (add'l) | 07/21/16 | J | | |
| 36. -IShares Ibonds Sep 2017 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 37. -IShares Ibonds Sep 2019 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 38. -IShares Ibonds Sep 2018 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 39. -IShares JP Morgan USD Emerging Markets Bond ETF | C | Int./Div. | L | T | Buy (add'l) | 07/21/16 | J | | |
| 40. -IShares MSCI EAFE Value ETF | A | Int./Div. | | | Sold | 12/02/16 | K | | |
| 41. -IShares PHLX Semiconductor ETF | A | Int./Div. | | | Sold | 01/28/16 | J | | |
| 42. -Ishares Russell Mid-Cap Value ETF | A | Int./Div. | K | T | | | | | |
| 43. -IShares Select Dividend ETF | B | Int./Div. | K | T | Sold (part) | 02/18/16 | K | D | |
| 44. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 45. -IShares Ibonds Sep 2020 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 46. -Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 47. -JPMorgan Chase & Co | A | Int./Div. | K | T | | | | | |
| 48. -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 49. -Nextera Energy Inc | A | Int./Div. | K | T | | | | | |
| 50. -Norfolk Southern Corp | A | Int./Div. | K | T | | | | | |
| 51. -Pepsico Incorporated | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Powershares Senior Loan Portfolio ETF | A | Int./Div. | | | Sold | 07/20/16 | L | | |
| 53. -Proctor & Gamble Co | A | Int./Div. | K | T | | | | | |
| 54. -Qualcomm Inc | A | Int./Div. | K | T | Buy | 01/28/16 | K | | |
| 55. -Royal Dutch Shell PLC ADR B | B | Int./Div. | K | T | | | | | |
| 56. -RPM International Inc | A | Int./Div. | K | T | | | | | |
| 57. -Select Sector Spdr Tr Utilities Select Sector | A | Int./Div. | K | T | | | | | |
| 58. -Select Sector Spdr Fd Materials | A | Int./Div. | J | T | | | | | |
| 59. -Spdr S&P Biotech ETF | A | Int./Div. | K | T | | | | | |
| 60. -Spdr S&P Midcap 400 Trust Series N ETF | B | Int./Div. | L | T | Sold (part) | 02/18/16 | J | B | |
| 61. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 62. -Stryker Corp | A | Int./Div. | K | T | | | | | |
| 63. -Sysco Corporation | A | Int./Div. | K | T | | | | | |
| 64. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | K | T | | | | | |
| 65. -Thomson Reuters Corp | A | Int./Div. | K | T | | | | | |
| 66. -US Bancorp New | A | Int./Div. | K | T | | | | | |
| 67. -VF Corporation | A | Int./Div. | K | T | Buy (add'l) | 07/21/16 | J | | |
| 68. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Buy (add'l) | 07/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Information Technology ETF | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 70. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 71. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | A | Int./Div. | | | Sold | 02/18/16 | K | | |
| 72. -Vanguard REIT ETF | B | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 73. -Vanguard REIT ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 74. -Vanguard Total Stock Market | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 75. -Verizon Communications Com | A | Int./Div. | K | T | | | | | |
| 76. -Wal-Mart Stores Inc | A | Int./Div. | J | T | | | | | |
| 77. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | D | Int./Div. | M | T | Buy (add'l) | 07/21/16 | J | | |
| 78. IRA #1 (Brokerage 1) (H) | | | | | | | | | |
| 79. -A O Smith | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 80. -Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 81. -Advansix Inc | A | Int./Div. | | | Spinoff (from line 111) | 10/03/16 | J | | |
| 82. -Advansix Inc | | | | | Sold (part) | 10/03/16 | J | A | |
| 83. -Advansix Inc | | | | | Sold | 12/22/16 | J | A | |
| 84. -Apple Inc | A | Int./Div. | J | T | | | | | |
| 85. -AT&T Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Blackrock Inc | A | Int./Div. | J | T | | | | | |
| 87.  -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | A | Int./Div. | L | T | | | | | |
| 88.  -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | B | Int./Div. | K | T | | | | | |
| 89.  -Claymore Guggenheim Bulletshares 2018 High Yld Corp Bd ETF | B | Int./Div. | K | T | | | | | |
| 90.  -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | A | Int./Div. | | | Sold | 07/07/16 | K | | |
| 91.  -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | A | Int./Div. | | | Sold | 07/08/16 | L | | |
| 92.  -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | B | Int./Div. | K | T | Buy | 07/20/16 | K | | |
| 93.  -Comerica Inc | A | Int./Div. | K | T | | | | | |
| 94.  -Costco Whsl Corp New Com | A | Int./Div. | J | T | | | | | |
| 95.  -Dover Corp Common | A | Int./Div. | J | T | | | | | |
| 96.  -Energy Select Sector SPDR ETF | A | Int./Div. | J | T | | | | | |
| 97.  -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 98.  -Franklin Resources Inc | A | Int./Div. | | | Sold | 08/04/16 | J | | |
| 99.  -General Electric Company | A | Int./Div. | J | T | | | | | |
| 100.  -Genuine Parts Co Com | A | Int./Div. | J | T | | | | | |
| 101.  -Guggenheim Bulletshares 2023 Corporate Bond ETF | C | Int./Div. | | | Buy | 07/08/16 | L | | |
| 102.  -Guggenheim Bulletshares 2023 Corporate Bond ETF | | | | | Sold | 12/02/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Guggenheim Bulletshares 2020 Corp Bd ETF | B | Int./Div. | L | T | | | | | |
| 104. -Guggenheim Bulletshares 2019 Corp Bd ETF | A | Int./Div. | L | T | | | | | |
| 105. -Guggenheim Bulletshares 2022 Corporate Bond ETF | C | Int./Div. | | | Buy | 07/08/16 | L | | |
| 106. -Guggenheim Bulletshares 2022 Corporate Bond ETF | | | | | Sold | 12/02/16 | L | | |
| 107. -Guggenheim Bulletshares 2021 Corporate Bond ETF | B | Int./Div. | L | T | | | | | |
| 108. -Guggenheim Bulletshares 2018 Corp Bnd ETF | A | Int./Div. | L | T | | | | | |
| 109. -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | B | Int./Div. | K | T | | | | | |
| 110. -Guggenheim Bulletshares 2020 High Yield ETF | B | Int./Div. | K | T | Buy | 07/07/16 | K | | |
| 111. -Honeywell International Inc | A | Int./Div. | J | T | | | | | |
| 112. -Intel Corp | A | Int./Div. | K | T | | | | | |
| 113. -IShares MSCI EAFE Growth ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | J | | |
| 114. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 115. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 116. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 117. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 118. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 119. -IShares MSCI EAFE Value ETF | A | Int./Div. | | | Sold | 12/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IShares Russell Midcap Growth ETF | A | Int./Div. | K | T | | | | | |
| 121. -IShares Core MSCI Total Intl Stk ETF | B | Int./Div. | L | T | Buy (add'l) | 12/02/16 | K | | |
| 122. -IShares Core S&P Midcap ETF | A | Int./Div. | L | T | Buy | 08/10/16 | L | | |
| 123. -IShares Ibonds Dec 2022 Term Corporate ETF | B | Int./Div. | L | T | Buy | 12/02/16 | L | | |
| 124. -IShares Ibonds Dec 2023 Term Corporate ETF | B | Int./Div. | L | T | Buy | 12/02/16 | L | | |
| 125. -IShares JP Morgan USD Emerging Markets Bond ETF | B | Int./Div. | K | T | | | | | |
| 126. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | K | T | | | | | |
| 127. -IShares Select Dividend ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | J | B | |
| 128. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 129. -Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 130. -JPMorgan Chase & Co | A | Int./Div. | J | T | | | | | |
| 131. -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 132. -Nextera Energy Inc | A | Int./Div. | J | T | | | | | |
| 133. -Norfolk Southern Corp | A | Int./Div. | K | T | | | | | |
| 134. -Pepsico Incorporated | A | Int./Div. | J | T | | | | | |
| 135. -Powershares Senior Loan Portfolio ETF | B | Int./Div. | | | Sold | 07/20/16 | K | | |
| 136. -Proctor & Gamble Co | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Qualcomm Inc | A | Int./Div. | K | T | | | | | |
| 138. -Royal Dutch Shell PLC ADR B | A | Int./Div. | J | T | | | | | |
| 139. -RPM International Inc | A | Int./Div. | J | T | | | | | |
| 140. -Select Sector Spdr Tr Utilities Select Sector | A | Int./Div. | K | T | | | | | |
| 141. -Select Sector Spdr Fd Materials | A | Int./Div. | J | T | | | | | |
| 142. -Spdr S&P Biotech ETF | A | Int./Div. | J | T | | | | | |
| 143. -Spdr S&P Midcap 400 Trust Series N ETF | D | Int./Div. | | | Sold (part) | 02/18/16 | J | B | |
| 144. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold | 08/10/16 | L | D | |
| 145. -Stryker Corp | A | Int./Div. | J | T | | | | | |
| 146. -Sysco Corporation | A | Int./Div. | J | T | | | | | |
| 147. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | J | T | | | | | |
| 148. -Thomson Reuters Corp | A | Int./Div. | J | T | | | | | |
| 149. -US Bancorp New | A | Int./Div. | K | T | | | | | |
| 150. -VF Corporation | A | Int./Div. | J | T | | | | | |
| 151. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | | | | | |
| 152. -Vanguard Information Technology ETF | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 153. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 08/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | A | Int./Div. | | | Sold | 02/18/16 | J | | |
| 155. -Vanguard REIT ETF | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 156. -Vanguard REIT ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 157. -Vanguard Total Bond Market ETF | B | Int./Div. | | | Sold | 07/08/16 | L | B | |
| 158. -Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 159. -Verizon Communications Com | A | Int./Div. | J | T | | | | | |
| 160. -Wal-Mart Stores Inc | A | Int./Div. | J | T | | | | | |
| 161. Retirement Savings Plan #2(H) | | | | | | | | | |
| 162. -Dodge & Cox Balanced (H) | E | Int./Div. | O | T | | | | | |
| 163. -Fid Freedom K Income | C | Int./Div. | M | T | | | | | |
| 164. American Funds 529 Plan One (H) | | | | | | | | | |
| 165. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 166. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 167. -American Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 168. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 169. -American Mutual Fund-529A | A | Dividend | J | T | | | | | |
| 170. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 172. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 173. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 174. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 175. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 176. American Funds 529 Plan Two (H) | | | | | | | | | |
| 177. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 178. -AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 179. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 180. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 181. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 182. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 183. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 184. -EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 185. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 186. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 187. -SMALLCAP World Fund-529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. American Funds 529 Plan Three (H) | | | | | | | | | |
| 189. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 190. -AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 191. -American Balanced Fund-529A | A | Dividend | K | T | Buy (add'l) | 03/29/16 | J | | |
| 192. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 193. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 194. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 195. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 196. -EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 197. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 198. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 199. -SMALLCAP World Fund-529A | A | Dividend | J | T | Sold (part) | 03/29/16 | J | | |
| 200. American Funds 529 Plan Four (H) | | | | | | | | | |
| 201. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 202. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 203. -American Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 204. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -American Mutual Fund-529A | A | Dividend | J | T | | | | | |
| 206. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 207. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 208. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 209. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 210. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 211. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 212. Trust #6 - Checking (PNC Bank) | A | Int./Div. | L | T | | | | | |
| 213. Trust #3 - Checking (PNC Bank) | A | Int./Div. | J | T | | | | | |
| 214. Checking (Bank of America) | A | Int./Div. | K | T | | | | | |
| 215. IRA #2 (Brokerage 1) (H) | | | | | | | | | |
| 216. -A O Smith | A | Int./Div. | J | T | Buy | 02/18/16 | J | | |
| 217. -A O Smith | | | | | Sold (part) | 12/02/16 | J | B | |
| 218. -Abbott Laboratories | A | Int./Div. | J | T | Buy (add'l) | 12/02/16 | J | | |
| 219. -Advansix Inc | A | Int./Div. | | | Spinoff (from line 250) | 10/03/16 | J | | |
| 220. -Advansix Inc | | | | | Sold | 12/02/16 | J | A | |
| 221. -Apple Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -AT&T Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 223. -Blackrock Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 224. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | B | Int./Div. | M | T | | | | | |
| 225. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | B | Int./Div. | L | T | | | | | |
| 226. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | B | Int./Div. | L | T | Sold (part) | 12/02/16 | J | A | |
| 227. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | C | Int./Div. | L | T | Buy | 07/20/16 | L | | |
| 228. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | | | | | Sold (part) | 12/02/16 | J | | |
| 229. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | B | Int./Div. | | | Sold | 07/07/16 | L | | |
| 230. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | B | Int./Div. | | | Sold | 07/08/16 | M | | |
| 231. -Comerica Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | B | |
| 232. -Costco Whsl Corp New Com | A | Int./Div. | J | T | | | | | |
| 233. -Dover Corp Common | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 234. -Energy Select Sector Spdr ETF | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 235. -Exxon Mobil Corp | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 236. -Franklin Resources Inc | A | Int./Div. | | | Sold | 08/04/16 | J | | |
| 237. -General Electric Company | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 238. -Genuine Parts Co Com | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Guggenheim Bulletshares 2023 Corporate Bond ETF | B | Int./Div. | | | Buy | 07/08/16 | M | | |
| 240. -Guggenheim Bulletshares 2023 Corporate Bond ETF | | | | | Sold | 12/02/16 | M | | |
| 241. -Guggenheim Bulletshares 2020 Corp Bond ETF | B | Int./Div. | M | T | | | | | |
| 242. -Guggenheim Bulletshares 2019 Corp Bond ETF | B | Int./Div. | M | T | | | | | |
| 243. -Guggenheim Bulletshares 2022 Corporate Bond ETF | B | Int./Div. | | | Buy | 07/08/16 | M | | |
| 244. -Guggenheim Bulletshares 2022 Corporate Bond ETF | | | | | Sold | 12/02/16 | M | | |
| 245. -Guggenheim Bulletshares 2021 Corp Bond ETF | C | Int./Div. | M | T | Sold (part) | 12/02/16 | J | | |
| 246. -Guggenheim Bulletshares 2018 Corp Bond ETF | B | Int./Div. | M | T | Sold (part) | 12/02/16 | J | | |
| 247. -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | C | Int./Div. | L | T | | | | | |
| 248. -Guggenheim Bulletshares 2020 High Yield ETF | C | Int./Div. | L | T | Buy | 07/07/16 | L | | |
| 249. -Guggenheim Bulletshares 2020 High Yield ETF | | | | | Sold (part) | 12/02/16 | J | A | |
| 250. -Honeywell International Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 251. -Intel Corp | A | Int./Div. | J | T | | | | | |
| 252. -IShares MSCI EAFE Growth ETF | A | Int./Div. | J | T | Sold (part) | 02/18/16 | J | | |
| 253. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 254. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 255. -IShares MSCI EAFE Value ETF | A | Int./Div. | | | Sold | 12/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -IShares Russell Midcap Growth ETF | A | Int./Div. | K | T | Sold (part) | 12/02/16 | J | | |
| 257. -IShares Core MSCI Total Intl Stk ETF | B | Int./Div. | L | T | Buy (add'l) | 12/02/16 | K | | |
| 258. -IShares Core S&P Midcap ETF | A | Int./Div. | K | T | Buy | 08/10/16 | K | | |
| 259. -IShares Core S&P Midcap ETF | | | | | Sold (part) | 12/02/16 | J | A | |
| 260. -IShares Ibonds Dec 2022 Term Corporate ETF | C | Int./Div. | M | T | Buy | 12/02/16 | M | | |
| 261. -IShares Ibonds Dec 2023 Term Corporate ETF | C | Int./Div. | M | T | Buy | 12/02/16 | M | | |
| 262. -IShares JP Morgan USD Emerging Markets Bond ETF | C | Int./Div. | L | T | | | | | |
| 263. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | K | T | Sold (part) | 12/02/16 | J | A | |
| 264. -IShares Select Dividend ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | J | B | |
| 265. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 266. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 267. -IShares Select Dividend ETF | | | | | Sold (part) | 12/02/16 | J | A | |
| 268. -Johnson & Johnson | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 269. -JPMorgan Chase & Co | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 270. -Microsoft Corp | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 271. -Nextera Energy Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 272. -Norfolk Southern Corp | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Pepsico Incorporated | A | Int./Div. | J | T | | | | | |
| 274. -Powershares Senior Loan Portfolio ETF | B | Int./Div. | | | Sold | 07/20/16 | L | | |
| 275. -Proctor & Gamble Co | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 276. -Qualcomm Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 277. -Royal Dutch Shell PLC ADR B | A | Int./Div. | J | T | | | | | |
| 278. -RPM International Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 279. -Select Sector Spdr Tr Utilities Select Sector | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 280. -Select Sector Spdr Fd Materials | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 281. -Spdr S&P Biotech ETF | A | Int./Div. | J | T | | | | | |
| 282. -Spdr S&P Midcap 400 Trust Series N ETF | A | Int./Div. | | | Sold (part) | 02/18/16 | J | A | |
| 283. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold | 08/10/16 | K | D | |
| 284. -Stryker Corp | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 285. -Sysco Corporation | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 286. -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | J | T | Buy (add'l) | 12/02/16 | J | | |
| 287. -Thomson Reuters Corp | A | Int./Div. | J | T | | | | | |
| 288. -US Bancorp New | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | A | |
| 289. -VF Corporation | A | Int./Div. | J | T | Buy (add'l) | 12/02/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Buy (add'l) | 12/02/16 | J | | |
| 291.  -Vanguard Information Technology ETF | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 292.  -Vanguard Information Technology ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 293.  -Vanguard Information Technology ETF | | | | | Sold (part) | 12/02/16 | J | A | |
| 294.  -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | A | Int./Div. | | | Sold | 02/18/16 | J | | |
| 295.  -Vanguard REIT ETF | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 296.  -Vanguard REIT ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 297.  -Vanguard Total Bond Market ETF | C | Int./Div. | | | Sold | 07/08/16 | M | C | |
| 298.  -Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 299.  -Vanguard Total Stock Market ETF | | | | | Sold (part) | 12/02/16 | J | A | |
| 300.  -Verizon Communications Com | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 301.  -Wal-Mart Stores Inc | A | Int./Div. | J | T | Sold (part) | 12/02/16 | J | | |
| 302.  Trust #2 (Brokerage 1) (H) | | | | | | | | | |
| 303.  -A O Smith | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 304.  -A O Smith | | | | | Buy (add'l) | 03/17/16 | J | | |
| 305.  -A O Smith | | | | | Buy (add'l) | 06/28/16 | J | | |
| 306.  -Abbott Laboratories | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Abbott Laboratories | | | | | Buy (add'l) | 06/28/16 | J | | |
| 308. -Advansix Inc | A | Int./Div. | | | Spinoff (from line 344) | 10/03/16 | J | | |
| 309. -Advansix Inc | | | | | Sold | 12/22/16 | J | A | |
| 310. -Apple Inc | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 311. -Apple Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 312. -AT&T Inc | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 313. -AT&T Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 314. -Blackrock Inc | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 315. -Blackrock Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 316. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | C | Int./Div. | L | T | Buy (add'l) | 03/17/16 | J | | |
| 317. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 318. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond Fund ETF | C | Int./Div. | L | T | Buy (add'l) | 03/17/16 | J | | |
| 319. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond Fund ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 320. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | B | Int./Div. | | | Buy (add'l) | 03/17/16 | J | | |
| 321. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 322. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Sold | 07/07/16 | L | | |
| 323. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond Fund ETF | C | Int./Div. | L | T | Buy | 07/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Comerica Inc | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 325. -Comerica Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 326. -Costco Whsl Corp New Com | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 327. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 06/28/16 | J | | |
| 328. -Dover Corp Common | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 329. -Dover Corp Common | | | | | Buy (add'l) | 06/28/16 | J | | |
| 330. -Energy Select Sector Spdr ETF | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 331. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 332. -Exxon Mobil Corp | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 333. -Exxon Mobil Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 334. -Franklin Resources Inc | A | Int./Div. | | | Buy (add'l) | 03/17/16 | J | | |
| 335. -Franklin Resources Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 336. -Franklin Resources Inc | | | | | Sold | 08/04/16 | J | | |
| 337. -General Electric Company | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 338. -General Electric Company | | | | | Buy (add'l) | 06/28/16 | J | | |
| 339. -Genuine Parts Co Com | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 340. -Genuine Parts Co Com | | | | | Buy (add'l) | 06/28/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Guggenheim Bulletshares 2019 High Yield Corp Bond Fund ETF | C | Int./Div. | L | T | Buy (add'l) | 03/17/16 | J | | |
| 342. -Guggenheim Bulletshares 2019 High Yield Corp Bond Fund ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 343. -Guggenheim Bulletshares 2020 High Yield Corp Bond Fund ETF | C | Int./Div. | L | T | Buy | 07/07/16 | L | | |
| 344. -Honeywell International Inc | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 345. -Honeywell International Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 346. -Intel Corp | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 347. -Intel Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 348. -IShares MSCI EAFE Growth ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | K | | |
| 349. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 350. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 351. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 352. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 353. -IShares MSCI EAFE Value ETF | A | Int./Div. | | | Buy (add'l) | 03/17/16 | J | | |
| 354. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 355. -IShares MSCI EAFE Value ETF | | | | | Sold | 12/02/16 | K | | |
| 356. -IShares Russell Midcap Growth ETF | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 357. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 06/28/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -IShares Core MSCI Total Intl Stk ETF | B | Int./Div. | L | T | Buy (add'l) | 03/17/16 | J | | |
| 359. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 360. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/02/16 | K | | |
| 361. -IShares Ibonds Dec 2021 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 03/17/16 | J | | |
| 362. -IShares Ibonds Dec 2021 Term Muni Bond ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 363. -IShares Ibonds Dec 2022 Term Muni Bond ETF | B | Int./Div. | M | T | Buy | 07/08/16 | M | | |
| 364. -IShares Ibonds Sep 2016 Muni Bd ETF | A | Int./Div. | | | Buy (add'l) | 03/17/16 | J | | |
| 365. -IShares Ibonds Sep 2016 Muni Bd ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 366. -IShares Ibonds Sep 2016 Muni Bd ETF | | | | | Sold | 07/08/16 | M | | |
| 367. -IShares Ibonds Sep 2017 Term Muni Bd ETF | B | Int./Div. | M | T | Buy (add'l) | 03/17/16 | J | | |
| 368. -IShares Ibonds Sep 2017 Term Muni Bd ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 369. -IShares Ibonds Sep 2019 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 03/17/16 | J | | |
| 370. -IShares Ibonds Sep 2019 Term Muni Bond ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 371. -IShares Ibonds Sep 2018 Term Muni Bond ETF | B | Int./Div. | M | T | Buy (add'l) | 03/17/16 | J | | |
| 372. -IShares Ibonds Sep 2018 Term Muni Bond ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 373. -IShares JP Morgan USD Emerging Markets Bond ETF | C | Int./Div. | L | T | Buy (add'l) | 03/17/16 | J | | |
| 374. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 06/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -IShares PHLX Semiconductor ETF | A | Int./Div. | | | Sold | 01/28/16 | J | | |
| 376. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 377. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 378. -IShares Select Dividend ETF | A | Int./Div. | K | T | Sold (part) | 02/18/16 | J | B | |
| 379. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 380. -IShares Select Dividend ETF | | | | | Sold (part) | 02/18/16 | J | A | |
| 381. -IShares Select Dividend ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 382. -IShares Select Dividend ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 383. -IShares Ibonds Sep 2020 Term Muni bond ETF | B | Int./Div. | M | T | Buy (add'l) | 03/17/16 | J | | |
| 384. -IShares Ibonds Sep 2020 Term Muni bond ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 385. -Johnson & Johnson | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 386. -Johnson & Johnson | | | | | Buy (add'l) | 06/28/16 | J | | |
| 387. -JPMorgan Chase & Co | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 388. -JPMorgan Chase & Co | | | | | Buy (add'l) | 06/28/16 | J | | |
| 389. -Microsoft Corp | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 390. -Microsoft Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 391. -Nextera Energy Inc | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Nextera Energy Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 393. -Norfolk Southern Corp | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 394. -Norfolk Southern Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 395. -Pepsico Incorporated | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 396. -Pepsico Incorporated | | | | | Buy (add'l) | 06/28/16 | J | | |
| 397. -Powershares Senior Loan Portfolio ETF | C | Int./Div. | | | Buy (add'l) | 03/17/16 | J | | |
| 398. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 399. -Powershares Senior Loan Portfolio ETF | | | | | Sold | 07/20/16 | L | | |
| 400. -Procter & Gamble Co | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 401. -Procter & Gamble Co | | | | | Buy (add'l) | 06/28/16 | J | | |
| 402. -Qualcomm Inc | A | Int./Div. | K | T | Buy | 01/28/16 | J | | |
| 403. -Qualcomm Inc | | | | | Buy (add'l) | 03/17/16 | J | | |
| 404. -Qualcomm Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 405. -Royal Dutch Shell PLC ADR B | B | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 406. -Royal Dutch Shell PLC ADR B | | | | | Buy (add'l) | 06/28/16 | J | | |
| 407. -RPM International Inc | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 408. -RPM International Inc | | | | | Buy (add'l) | 06/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Select Sector Spdr Tr Utilities Select Sector | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 410.  -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 06/28/16 | J | | |
| 411.  -Select Sector Spdr Fd Materials | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 412.  -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 06/28/16 | J | | |
| 413.  -Spdr S&P Biotech ETF | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 414.  -Spdr S&P Biotech ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 415.  -Spdr S&P Midcap 400 Trust Series N ETF | A | Int./Div. | L | T | Sold (part) | 02/18/16 | J | | |
| 416.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 417.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 02/18/16 | J | | |
| 418.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 419.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 420.  -Stryker Corp | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 421.  -Stryker Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 422.  -Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 423.  -Sysco Corporation | | | | | Buy (add'l) | 06/28/16 | J | | |
| 424.  -Teva Pharmaceutical ADR Inds Ltd | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 425.  -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 06/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 40

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Thomson Reuters Corp | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 427. -Thomson Reuters Corp | | | | | Buy (add'l) | 06/28/16 | J | | |
| 428. -US Bancorp New | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 429. -US Bancorp New | | | | | Buy (add'l) | 06/28/16 | J | | |
| 430. -VF Corporation | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 431. -VF Corporation | | | | | Buy (add'l) | 06/28/16 | J | | |
| 432. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 433. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 434. -Vanguard Information Technology ETF | A | Int./Div. | K | T | Buy | 02/18/16 | J | | |
| 435. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 436. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 437. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 438. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | A | Int./Div. | | | Sold | 02/18/16 | K | | |
| 439. -Vanguard REIT ETF | B | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 440. -Vanguard REIT ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 441. -Vanguard REIT ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 442. -Vanguard REIT ETF | | | | | Buy (add'l) | 08/04/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 40

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -Vanguard Total Stock Market ETF | A | Int./Div. | K | T | Buy | 02/18/16 | K | | |
| 444.  -Vanguard Total Stock Market ETF | | | | | Buy (add'l) | 03/17/16 | J | | |
| 445.  -Vanguard Total Stock Market ETF | | | | | Buy (add'l) | 06/28/16 | J | | |
| 446.  -Verizon Communications Com | A | Int./Div. | K | T | Buy (add'l) | 03/17/16 | J | | |
| 447.  -Verizon Communications Com | | | | | Buy (add'l) | 06/28/16 | J | | |
| 448.  -Wal-Mart Stores Inc | A | Int./Div. | J | T | Buy (add'l) | 03/17/16 | J | | |
| 449.  -Wal-Mart Stores Inc | | | | | Buy (add'l) | 06/28/16 | J | | |
| 450.  -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd | C | Interest | M | T | Buy (add'l) | 03/18/16 | J | | |
| 451.  Trust #1-2 (Wells Fargo Advisors) | A | Interest | M | T | | | | | |
| 452.  Trust #3 (Brokerage 1) (H) | | | | | | | | | |
| 453.  -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | A | Int./Div. | K | T | Sold (part) | 02/19/16 | J | | |
| 454.  -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Sold (part) | 09/07/16 | J | | |
| 455.  -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 456.  -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |
| 457.  -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Sold (part) | 09/07/16 | J | | |
| 458.  -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 459.  -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 40

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 461. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 462. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | A | Int./Div. | | | Sold (part) | 02/19/16 | J | | |
| 463. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Sold | 07/07/16 | J | | |
| 464. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | A | Int./Div. | | | Sold (part) | 02/19/16 | J | | |
| 465. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Sold | 07/08/16 | K | | |
| 466. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | A | Int./Div. | J | T | Buy | 07/20/16 | K | | |
| 467. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 468. -Claymore Guggenheim Bulletshares 2021 High Yield Corp Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 469. -Energy Select Sector Spdr ETF | A | Int./Div. | J | T | Sold (part) | 09/07/16 | J | | |
| 470. -Energy Select Sector Spdr ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 471. -Guggenheim Bulletshares 2023 Corporate ETF | A | Int./Div. | | | Buy | 07/08/16 | K | | |
| 472. -Guggenheim Bulletshares 2023 Corporate ETF | | | | | Sold (part) | 09/07/16 | J | | |
| 473. -Guggenheim Bulletshares 2023 Corporate ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 474. -Guggenheim Bulletshares 2023 Corporate ETF | | | | | Sold | 12/02/16 | K | | |
| 475. -Guggenheim Bulletshares 2020 Corp Bond ETF | A | Int./Div. | K | T | Sold (part) | 02/19/16 | J | | |
| 476. -Guggenheim Bulletshares 2020 Corp Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 40

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Guggenheim Bulletshares 2020 Corp Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 478. -Guggenheim Bulletshares 2019 Corp Bond ETF | A | Int./Div. | K | T | Sold (part) | 02/19/16 | J | | |
| 479. -Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 480. -Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 481. -Guggenheim Bulletshares 2022 Corporate ETF | A | Int./Div. | | | Buy | 07/08/16 | K | | |
| 482. -Guggenheim Bulletshares 2022 Corporate ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 483. -Guggenheim Bulletshares 2022 Corporate ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 484. -Guggenheim Bulletshares 2022 Corporate ETF | | | | | Sold | 12/02/16 | K | | |
| 485. -Guggenheim Bulletshares 2021 Corporate ETF | A | Int./Div. | K | T | Sold (part) | 02/19/16 | J | | |
| 486. -Guggenheim Bulletshares 2021 Corporate ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 487. -Guggenheim Bulletshares 2021 Corporate ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 488. -Guggenheim Bulletshares 2018 Corp Bond ETF | A | Int./Div. | K | T | Sold (part) | 02/19/16 | J | A | |
| 489. -Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 490. -Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 491. -Guggenheim Bulletshares 2019 High Yield ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |
| 492. -Guggenheim Bulletshares 2019 High Yield ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 493. -Guggenheim Bulletshares 2019 High Yield ETF | | | | | Sold (part) | 09/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 40

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/03/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. -Guggenheim Bulletshares 2020 High Yield ETF | A | Int./Div. | J | T | Buy | 07/07/16 | J | | |
| 495. -Guggenheim Bulletshares 2020 High Yield ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 496. -Guggenheim Bulletshares 2020 High Yield ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 497. -Industrial Select Sector Spdr ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 498. -Industrial Select Sector Spdr ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 499. -Industrial Select Sector Spdr ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 500. -IShares MSCI EAFE Growth ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |
| 501. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 502. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 503. -IShares Russell Midcap Growth ETF | A | Int./Div. | J | T | Sold (part) | 09/07/16 | J | A | |
| 504. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 505. -IShares Core MSCI Total Intl Stk ETF | A | Int./Div. | J | T | Buy (add'l) | 02/19/16 | J | | |
| 506. -IShares Core MSCI Total Intl Stk ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 507. -IShares Core MSCI Total Intl Stk ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 508. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/02/16 | J | | |
| 509. -IShares Core S&P Midcap ETF | A | Int./Div. | J | T | Buy | 09/27/16 | J | | |
| 510. -IShares IBonds Dec 2022 Term Corporate Bond ETF | A | Int./Div. | K | T | Buy | 12/02/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 40

Name of Person Reporting

Majzoub, Mona K.

Date of Report

08/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -IShares IBonds Dec 2023 Term Corporate Bond ETF | A | Int./Div. | K | T | Buy | 12/02/16 | K | | |
| 512. -IShares JP Morgan USD Emerging Markets Bond ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |
| 513. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 514. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 515. -IShares MSCI EAFE Value ETF | A | Int./Div. | | | Sold (part) | 09/07/16 | J | | |
| 516. -IShares MSCI EAFE Value ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 517. -IShares MSCI EAFE Value ETF | | | | | Sold | 12/02/16 | J | | |
| 518. -IShares Russell Mid-Cap Value ETF | A | Int./Div. | J | T | Sold (part) | 09/07/16 | J | A | |
| 519. -IShares Russell Mid-Cap Value ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 520. -IShares Select Dividend ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 521. -IShares Select Dividend ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 522. -IShares Select Dividend ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 523. -Powershares Senior Loan Portfolio ETF | A | Int./Div. | | | Sold (part) | 02/19/16 | J | | |
| 524. -Powershares Senior Loan Portfolio ETF | | | | | Sold | 07/20/16 | K | | |
| 525. -Sector Spdr Tr Technology Select Sector ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 526. -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 527. -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold (part) | 09/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Select Sector Spdr Tr Utilities Select Sector | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 529. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 09/07/16 | J | A | |
| 530. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 09/27/16 | J | A | |
| 531. -Select Sector Spdr Tr Financial ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 532. -Select Sector Spdr Tr Financial ETF | | | | | Sold (part) | 08/04/16 | J | A | |
| 533. -Select Sector Spdr Tr Financial ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 534. -Select Sector Spdr Tr Consumer Staples | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 535. -Select Sector Spdr Tr Consumer Staples | | | | | Sold (part) | 09/07/16 | J | A | |
| 536. -Select Sector Spdr Tr Consumer Staples | | | | | Sold (part) | 09/27/16 | J | A | |
| 537. -Select Sector Spdr Fd Materials | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | | |
| 538. -Select Sector Spdr Fd Materials | | | | | Sold (part) | 09/07/16 | J | A | |
| 539. -Select Sector Spdr Fd Materials | | | | | Sold (part) | 09/27/16 | J | A | |
| 540. -Select Sector Spdr Fd Health Care | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 541. -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 09/07/16 | J | A | |
| 542. -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 09/27/16 | J | A | |
| 543. -Select Sector Spdr Fd Consumer Discretionary | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 544. -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold (part) | 09/07/16 | J | A | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 40

Name of Person Reporting

Majzoub, Mona K.

Date of Report

08/03/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold (part) | 09/27/16 | J | A | |
| 546. -Select Sector SPDR Real Estate Secect Sector Spdr ETF | A | Int./Div. | | | Buy | 09/22/16 | J | | |
| 547. -Select Sector SPDR Real Estate Secect Sector Spdr ETF | | | | | Sold | 12/22/16 | J | | |
| 548. -Spdr S&P Biotech ETF | A | Int./Div. | J | T | Sold (part) | 09/07/16 | J | | |
| 549. -Spdr S&P Biotech ETF | | | | | Sold (part) | 09/27/16 | J | | |
| 550. -Spdr S&P Midcap 400 Trust Series N ETF | A | Int./Div. | | | Sold (part) | 02/19/16 | J | A | |
| 551. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold | 09/07/16 | J | C | |
| 552. -Vanguard Telecommunications Services ETF | A | Int./Div. | J | T | Sold (part) | 02/19/16 | J | A | |
| 553. -Vanguard Telecommunications Services ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 554. -Vanguard Telecommunications Services ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 555. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | J | T | Sold (part) | 09/07/16 | J | A | |
| 556. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 557. -Vanguard Industrials ETF | A | Int./Div. | J | T | Buy | 02/19/16 | J | | |
| 558. -Vanguard Industrials ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 559. -Vanguard Industrials ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 560. -Vanguard Information Technology ETF | A | Int./Div. | J | T | Buy | 02/19/16 | J | | |
| 561. -Vanguard Information Technology ETF | | | | | Buy (add'l) | 08/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Majzoub, Mona K.

08/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Vanguard Information Technology ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 563. -Vanguard Information Technology ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 564. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | A | Int./Div. | | | Sold | 02/19/16 | J | | |
| 565. -Vanguard REIT ETF | A | Int./Div. | J | T | Buy | 02/19/16 | J | | |
| 566. -Vanguard REIT ETF | | | | | Buy (add'l) | 08/04/16 | J | | |
| 567. -Vanguard REIT ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 568. -Vanguard REIT ETF | | | | | Sold (part) | 09/27/16 | J | A | |
| 569. -Vanguard Total Bond Market ETF | A | Int./Div. | | | Sold (part) | 02/19/16 | J | A | |
| 570. -Vanguard Total Bond Market ETF | | | | | Sold | 07/08/16 | K | B | |
| 571. -Vanguard Total Stock Market ETF | A | Int./Div. | J | T | Buy | 02/19/16 | J | | |
| 572. -Vanguard Total Stock Market ETF | | | | | Sold (part) | 09/07/16 | J | A | |
| 573. -Vanguard Total Stock Market ETF | | | | | Sold (part) | 09/27/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, there are three instances where only a word or two of an asset changed. There was not enough room to write "fka" and both complete descriptions, so here are the changes made:

Lines 33, 36 - 38, 45, 361 - 362, 367 - 372 and 383 - 384 - In the full Description of Assets in column "A", where the word "Term" now exists, it used to say "Amt-Free."

Lines 103 - 104, 108, 241 - 242, 246, 475 - 480 and 488 - 490 - In the Description of Assets in column "A", these assets previously started with "Claymore Exchange" and by the end of 2016, those two words had been removed from the name.

Lines 32, 364 - 366 - In the Description of Assets in column "A", the term "Amt-Free" was deleted from the name of the security by the time it was completely sold.

Also in Part VII:
Line 212 - Trust #6 - Checking (PNC Bank) - All cash.
Line 213 - Trust #3 - Checking (PNC Bank) - All cash.
Line 214 - Checking (Bank of America) - All cash.
Line 451 - Trust #1-2 - (Wells Fargo Advisors) - All cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544